### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI-DADE DIVISION

In re: JORGE DIAZ,

SSN XXX.XX.6736

           Case No. 08-25347-RAM
           Chapter 13

      Debtor(s).

_____/

### MOTION FOR DETERMINATION OF FRAUDULENT BANKRUPTCY FILING, ORDER EXPUNGING FILING FROM CLERK'S WEBSITE AND DIRECTING THREE MAJOR CREDIT BUREAUS TO DELETE INFORMATION RELATED THERETO

### (Please set hearing on non-Chapter 13 day)

Jorge Diaz, by and through undersigned counsel and pursuant to 11 U.S.C. §§ 105 &107, hereby files his *Motion for Determination of Fraudulent Bankruptcy Filing, Order Expunging File from Clerk's Website and for Order Directing Credit Bureaus to Delete Information Related Thereto*, and in support thereof states as follows:

1.      This is a Chapter 13 case that was fraudulently filed by a third party without the purported debtor's permission to stop a foreclosure sale in the case of *Chase Home Fin. (LLC) v. Jorge Diaz*, 2008-0342 CA 01 (11th Judicial Circuit, Miami-Dade County, Florida)(the "Foreclosure"). A copy of the docket for the Foreclosure is attached hereto as Exhibit A and incorporated herein by this reference.

2.      The property subject to the Foreclosure is a residential property located at 15173 S.W. 59 Street, Miami, Florida 33193 (the "Property"). The Property was purchased by the purported debtor in this case, Jorge Diaz ("Mr. Diaz"), in 2001 and because of personal financial hardships was not able to afford the monthly payments and the Property was foreclosed. Not

being able to afford the property any longer Mr. Diaz and his family moved to a more affordable home following service of the Foreclosure complaint.

3.        On August 21, 2008, a Final Judgment of Foreclosure was entered in the Foreclosure and a sale of the property was scheduled for October 16, 2008. At no time did Mr. Diaz or his wife contest the Foreclosure, file any papers in the court, or participate in the Foreclosure action in any respect. Nor did Mr. Diaz have any intent to defend or otherwise participate in the Foreclosure. Mr. Diaz had resigned himself that the Property would be lost to Foreclosure and at the time of the entry of the Final Judgment the Debtor and his family no longer resided at the property.

4.        Prior to August 21, 2008, and the entry of the Final Judgment, Mr. Diaz was approached by a person by the name of Luis Llanes ("Mr. Llanes") who claimed to be a realtor and could help him short sell the Property. Mr. Llanes touted the benefit of a short sale over the entry of a foreclosure judgment and the damage to Mr. Diaz's credit rating. This supposed realtor obtained the keys to the Property and certain confidential information from Mr. Diaz, including his social security number, under the false pretense that it was needed to facilitate the short sale.

5.        Shortly thereafter, Mr. Diaz was advised by this supposed realtor that he was not having success in obtaining a short sale of the Property and that the Property would most likely be lost in a foreclosure sale. Mr. Diaz had reconciled himself to the loss of the Property and ceased any further involvement with the Property or supervision of Mr. Llanes' control of the Property. Upon information and belief, Mr. Llanes thereafter asserted total control of the Property for his sole use and benefit, including but not limited to living in the Property or leasing the Property to third parties.

In Re: Jorge Diaz
Case No. 08-25347-RAM
Page 3 of 8.

6.      The total control exerted by Mr. Llanes over the Property included filing papers in the Foreclosure action.  Unbeknownst to Mr. Diaz, the Foreclosure docket reveals that someone named "Luis Lanes" (sp) filed some sort of answer in the Foreclosure on September 26, 2008. *See* Exhibit A.  The physical file in the Foreclosure action could not be found and this pleading by Mr. Llanes was not scanned into the online docket.

7.      Then on October 16, 2008, this bankruptcy case was filed without the knowledge or consent of Mr. Diaz.  Copies of the bankruptcy petition, dismissal order, and docket report are attached hereto as composite Exhibit B and incorporated herein by this reference.

8.      Upon information and belief this bankruptcy case was filed in an attempt by Mr. Llanes to stop the original Foreclosure sale date as the date of filing is the same as the date of sale.  The Foreclosure sale was indeed cancelled although the docket does not indicate what caused the cancellation of the original Foreclosure sale date. *See* Exhibit A.

9.      A cursory review of the Voluntary Petition and the sole attached exhibit clearly show that the three purported signatures of Mr. Diaz contained in the filing are not consistent with each other.  Attached hereto as Exhibit C is a copy of Mr. Diaz's Florida driver's license to demonstrate that the signatures on the Voluntary Petition do not match and is a poor attempt at a forgery.  In further support and to demonstrate to this Court that the signature is a forgery, attached as composite Exhibit D is a copy of the Lis Pendens filed in the Foreclosure that contains the O.R. Book and Page number for the mortgage that was being foreclosed as well as the signature pages from the mortgage.  A review of the signatures on Exhibits C and D clearly reveal that Mr. Diaz consistently signs his name in a distinctive manner that does not in any way resemble the signatures on the Voluntary Petition.

In Re: Jorge Diaz
Case No. 08-25347-RAM
Page 4 of 8.

10.     The purported debtor, Jorge Diaz, did not file this 2008 case. This 2008 case is a forged and fraudulently filed bankruptcy case perpetrated by Mr. Llanes to prolong and frustrate the Foreclosure case and to benefit from his control over the property. A review of the docket in this case reveals that after the initial petition no further filings on behalf of the purported debtor were made. The filings in this case are nothing more than a skeleton Chapter 13 bankruptcy petition filed with only the first installment of the filing fee ($40.00) and no supporting schedules. *See* Exhibit B.

11.     On November 17, 2008, the bankruptcy court dismissed this case with a 180-day prejudice period that would have ended in May 2009.

12.     In the Foreclosure case, an April 2, 2009, sale date was avoided during the prejudice period by the filing of a motion to cancel sale. Mr. Diaz has been unable to retrieve this filing for the contents or to determine who filed the motion. The Circuit Court thereafter rescheduled a foreclosure sale date for January 20, 2010.

13.     On January 19, 2010, the day before the rescheduled foreclosure sale date, a Second Voluntary Petition was purportedly filed in this Court by Mr. Diaz. *See* Case No. 10-11114-LMI (U.S. Bankruptcy Court for the Southern District). Copies of the bankruptcy petition, dismissal order, and docket report are attached hereto as composite Exhibit E and incorporated herein by this reference.

14.     Just as before in 2008, Mr. Diaz, did not file this Second 2010 case. This 2010 case is also a forged and fraudulently filed bankruptcy case perpetrated by Mr. Llanes to prolong and frustrate the Foreclosure case and to benefit from his control over the property. The filing of the Second bankruptcy petition did in fact result in the cancellation of the sale date in state court.

15.     A review of the docket in this Second case similarly reveals that after the initial petition no further filings on behalf of the purported debtor were made.  The filings in this Second case are again nothing more than a skeleton Chapter 13 bankruptcy petition filed with only the first installment of the filing fee ($41.00) and almost no supporting schedules.

16.     Similar to the First 2008 case this Second newly filed 2010 case was dismissed for failure to make the necessary filings by the bankruptcy court on February 9, 2010 with a 180-day prejudice period that would have ended in August 2010.

17.     Another sale date in the Foreclosure case was scheduled for August 30, 2010. Again, a Third bankruptcy voluntary petition was filed purportedly by Mr. Diaz on that very same day in Case No. 10-35728-LMI (U.S. Bankruptcy Court for the Southern District).  Copies of the bankruptcy petition, dismissal order, and docket report are attached hereto as composite Exhibit F and incorporated herein by this reference.

18.     This Third bankruptcy petition was another fraudulent act of identity theft perpetrated against Mr. Diaz.  Mr. Diaz did not file this Third case. This Third case, just as the previous two, was a forged and fraudulently filed bankruptcy case.  All the bankruptcy filings were blatant acts of identity theft perpetrated by the afore-referenced Mr. Llanes to prolong and frustrate the Foreclosure case and to benefit from his control over the property. The filing of the Third bankruptcy petition did not succeed in cancelling the Foreclosure sale in state court.  No further filings were made in the Third case and it was ultimately dismissed by the Court.

19.     At all times from the filing of the First bankruptcy petition in 2008, Mr. Diaz did not reside in the Property involved in the Foreclosure case nor was he acting as landlord at the Property collecting rent from tenants.  Mr. Diaz at the time of all three bankruptcy petitions believed that the Property had been sold by virtue of the Foreclosure.  At all relevant times it was

Mr. Llanes that asserted control over the property and upon information and belief was the person responsible for the identity theft and fraud committed against Mr. Diaz and the fraud perpetrated against this Court.

20.　　Mr. Diaz recently initiated efforts to rehabilitate and reestablish his credit rating as a consequence of the Foreclosure and his default under the loan documents. To his surprise, he was informed that three bankruptcy cases were filed purportedly in his name. These bankruptcy filings are severely detrimental to Mr. Diaz in attempting to obtain personal and business credit. Without relief from this Court, Mr. Diaz will continue to suffer monetary damages from an inability to obtain credit or be required to pay significantly higher interest rates.

21.　　Upon discovery of the three bankruptcy filings, Mr. Diaz immediately contacted undersigned counsel for the purpose of seeking relief from this Court. Contemporaneously with the filing of the Motion, Mr. Diaz is filing nearly identical motions seeking the same relief in the other two bankruptcy cases.

22.　　Relief is appropriate because, as set forth above, Mr. Diaz was a victim of identity theft in a scheme perpetrated by Mr. Luis Llanes. Mr. Llanes obtained control of distressed real property under the pretense that he would facilitate a short sale for Mr. Diaz avoiding the entry of a judgment in the Foreclosure. Instead, Mr. Llanes filed a pleading in the Foreclosure case and began a concerted effort to delay the proceeding for the purpose of benefiting financially from the Property. As part of this scheme, Mr. Llanes or someone working under his direction and control forged and fraudulently filed three bankruptcy cases in this Court in the name of Mr. Diaz.

23.　　Section 105 of the code gives authority to this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the code. Section

In Re: Jorge Diaz
Case No. 08-25347-RAM
Page 7 of 8.

107, meanwhile, allows judges to "protect a person with respect to scandalous or defamatory

matter" that appears in court papers. Under this authority, Mr. Diaz seeks relief from this Court.

**WHEREFORE**, Jorge Diaz, respectfully request this Court to enter an order that (a)

determines that this case was filed based on his forged signature and that it is a fraudulent filing;

(b) expunges this bankruptcy from the clerk's online docket; (c) seals this Court file; (d) directs

the three major credit bureaus, Experian, Equifax and Transunion, to delete any and all

information regarding the three bankruptcies from his credit profile; and (e) such other and

further relief this Court deems just and appropriate.

Dated: February 7, 2017.

Respectfully submitted,

Aran Correa, & Guarch, P.A.
255 University Drive
Coral Gables, FL  33134
Tel: 305-665-3400
Fax: 305-665-2250
Email: faran@acg-law.com

_____/s/ Fernando S. Aran_____
Fernando S. Aran, Esq.
Florida Bar No. 349712
Rodolfo Nunez, Esq.
Florida Bar No. 16950

In Re: Jorge Diaz
Case No. 08-25347-RAM
Page 8 of 8.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Fernando S. Aran
Fernando S. Aran, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 7th day of February on the following via ECF, email or Regular U.S. Mail:

**Trustee**
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

**U.S. Trustee**
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

/s/ Fernando S. Aran
Fernando S. Aran, Esq.

# EXHIBIT A

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

### CHASE HOME FIN (LLC) VS DIAZ, JORGE

**Local Case Number:** 2008-000342-CA-01

**Filing Date:** 01/03/2008

**State Case Number:** 132008CA000342000001

**Case Type:** z DO NOT USE - Legacy Mortgage Foreclosure

**Consolidated Case No.:** N/A

**Judicial Section:** CA06

**Case Status:** CLOSED

👥 **Parties**                                           Number of Parties: 6  ➕

🔧 **Hearing Details**                                   Number of Hearing: 0  ➕

📶 **Dockets**                                           Dockets Retrieved: 85  ➖

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| | 09/11/2015 | | Receipt: | Event | RECEIPT#:3400004 AMT PAID:$1.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 1 $1.00 $1.00 TENDER TYPE:CASH TENDER AMT:$1.00 RECEIPT DATE:09/11/2015 REGISTER#:340 CASHIER:GINOG |
| | 06/24/2011 | | Text | Event | NO RTN OF SERV ATTACHED TO WRIT OF POSSESSION |
| | 06/24/2011 | | Writ of Possession Returned | Event | BADGE # 4950 S (EXECUTED) *Parties: Diaz Jorge* |
| | 05/31/2011 | | Writ of Possession Issued | Event | SHERIFF W/CK $115.00 #1000874/ORDER *Parties: Diaz Jorge* |
| 📄 | 05/31/2011 | 27705:3463 | Order for Writ of Possession | Event | B: 27705 P: 3463 |
| | 05/03/2011 | | Notice of Hearing Set- | Event | STATUS HEARIN 05/31/2011 10:30AM |
| | 04/25/2011 | | Motion for Writ of Possession | Event | ATY:00070499 |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | | 04/20/2011 | 27660:2723 | Certificate of Title | Event | B: 27660 P: 2723 |
| | | 04/15/2011 | | Entered Or Duplicated In Error | Event | COFT ENTERED OR DUPLICATED IN ERROR |
| | | 04/13/2011 | | Mortgage foreclosure Check Issued $ | Event | $ 0.60 DOC STAMPS/MG |
| | | 04/13/2011 | | Certificate of Disbursement (plaintiff) | Event | |
| | | 04/07/2011 | | Returned Mail | Event | PRISCILLA DIAZ |
| | | 03/28/2011 | | Certificate of Sale | Event | |
| | | 03/25/2011 | | Certificate of Sale | Event | |
| | | 03/23/2011 | | Mortgage Foreclosure Deposit | Event | $ 0.60 PL/DOC STAMPS |
| | | 03/23/2011 | | Bid Amount | Event | $100.00/PL/7014 |
| 📄 | | 02/03/2011 | 27577:3500 | Court Order (Recordable) | Event | B: 27577 P: 3500 DIRECTING CLERK TO ISSUE CERT. OF TITLE |
| | | 02/02/2011 | | Motion: | Event | ATY:00039023 FOR ORDER DIRECTING CLERK TO ISSUE CERTIFICATE OF TITLE |
| 📄 | | 08/30/2010 | 27404:4149 | Recorded Document | Event | B: 27404 P: 4149 NOTICE OF FILING BANKRUPTCY 10-35728-LMI DN01 |
| | | 08/30/2010 | | Notice: | Event | BANCRUPTCY CASE FILING REC'D AFTER PROPERTY SOLD |
| | | 08/19/2010 | | Mortgage Foreclosure Publication Fee | Event | 150.00 SALE DATE AUGUST 30 |
| | | 07/15/2010 | | Notice of Sale | Event | |
| | | 06/14/2010 | | Entered Or Duplicated In Error | Event | MPUB ENTERED OR DUPLICATED IN ERROR |
| | | 06/14/2010 | | Mortgage Foreclosure Publication Fee | Event | 150.00 SALE DATE JUNE 22 |
| | | 06/03/2010 | | Mortgage Foreclosure Sale Date | Event | MTGE FORECLSU 08/30/2010 09:00 AM |
| | | 06/03/2010 | | Mortgage Foreclosure Sale Cancelled | Event | 06/22/2010 09:00 AM CANCELLED PER COURT ORDER |
| | | 06/02/2010 | | Order: | Event | ORDER CANCELLING SALE FOR 6-22-10 |
| | | 06/01/2010 | | Notice: | Event | OF WITHDRAWAL OF MOTI TO CANCEL FORECLOSURE SALE |
| | | 05/26/2010 | | Motion: | Event | ATY:00070499 TO CANCEL AND RESCHEDULE FORECLOSURE SALE |
| | | 05/06/2010 | | Notice of Sale | Event | |

OCS Search

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 03/06/2010 | | Mortgage Foreclosure Sale Date | Event | **MTGE FORECLSU 06/22/2010 09:00 AM** |
| | | 02/26/2010 | | Order: | Event | **CANCELING FORECLOSURE SALE** |
| | | 02/22/2010 | | Motion to Reset Sales Date | Event | **ATY:00070499** |
| 📄 | | 02/22/2010 | 27194:1001 | Recorded Document | Event | **B: 27194 P: 1001 NOTI OF FILING BANKRUPTCY DISMISSAL DOCUMENT** |
| | | 01/20/2010 | | Mortgage Foreclosure Sale Cancelled | Event | **01/20/2010 11:00 AM CANCELLED PER BANKRUPTCY** |
| 📄 | | 01/19/2010 | 27157:3705 | Recorded Document | Event | **B: 27157 P: 3705 NOTICE OF BANKRUPTCY (CASE NUMBER: 10-11114-LMI)** |
| | | 01/19/2010 | | Notice: | Event | **OF BANKRUPTCY CASE FILING NO. 10-11114-LMI** |
| | | 01/15/2010 | | Mortgage Foreclosure Publication Fee | Event | **150.00 SALE DATE 01202010** |
| | | 12/23/2009 | | Mortgage Foreclosure Publication Fee | Event | **150.00 SALE OF 10/16/2008** |
| | | 12/23/2009 | | Mortgage Foreclosure Publication Fee | Event | **150.00 SALE OF 4/2/2009** |
| | | 12/20/2009 | | Notice of Sale | Event | |
| | | 12/18/2009 | | Notice of Sale | Event | |
| | | 09/21/2009 | | Mortgage Foreclosure Sale Date | Event | **MTGE FORECLSU 01/20/2010 11:00 AM** |
| | | 09/14/2009 | | Order: | Event | **RESCHEDULING FORECLOSURE SALE TO 01/20/2010** |
| | | 08/20/2009 | | Motion to Reset Sales Date | Event | **ATY:00037823** |
| | | 04/01/2009 | | Order: | Event | **ORDER CANCELING SALE OF 04/02/2009** |
| | | 03/31/2009 | | Text | Event | **PD$50.00 RCPT#14/111 BAR#17140** |
| | | 03/30/2009 | | Motion: | Event | **CANCEL SALE** |
| | | 03/16/2009 | | Notice of Sale | Event | |
| | | 01/16/2009 | | Text | Event | **SALE DATE 04-02-2009** |
| 📄 | | 01/14/2009 | 26779:0249 | Court Order (Recordable) | Event | **B: 26779 P: 0249 RESCHEDULING FORCL. SALE** |
| | | 01/14/2009 | | Text | Event | **PD$50.00 RCPT#14/5629 BAR#17140** |
| 📄 | | 01/13/2009 | 26729:3342 | Recorded Document | Event | **B: 26729 P: 3342 NOTICE OF FILING ORDER DISMISSING CASE** |
| | | 01/13/2009 | | Motion to Reset Sales Date | Event | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 10/17/2008 | | Proof of Publication | Event | PUB DATE :09/30/2008 |
| | 10/09/2008 | | Text | Event | ASSIGNMENT OF BID |
| | 09/29/2008 | | Notice of Sale | Event | |
| | 09/26/2008 | | Text | Event | ANSWER OF LUIS LANES |
| | 08/21/2008 | | Final Judgment by Judge | Judgment | J $ 282289.93 BK:26553 PG:2377 |
| 📄 | 08/21/2008 | 26553:2377 | Final Judgment | Event | J $ 282289.93 BK:26553 PG:2377<br>*Parties: Diaz Jorge; Diaz Priscilla; Mortgage Elect Reg Sys Incorp* |
| | 08/21/2008 | | Text | Event | SALE DATE 10-16-2008 |
| | 08/21/2008 | | Certificate Of Mailing Final Judgment | Event | |
| | 08/21/2008 | | Notice of Filing: | Event | AFFO. AMOUNTS DUE, COPY OF NOTE, ATTY FEES |
| | 08/21/2008 | | Final Disposition Document | Event | |
| | 08/12/2008 | | Default | Event | *Parties: Diaz Jorge; Diaz Priscilla* |
| | 08/12/2008 | | Notice of Filing: | Event | AFFIDAVIT AS TO LOST OR MISPLACED ORIGINAL NOTE |
| | 07/15/2008 | | Motion for Summary Judgment | Event | |
| | 07/15/2008 | | Notice of Hearing- | Event | MOTIONS 08/21/2008 09:15 AM |
| | 07/15/2008 | | Motion: | Event | FOR ASSIGNMENT OF BID |
| | 07/15/2008 | | Motion for Default | Event | |
| 📄 | 07/15/2008 | 26497:0781 | Recorded Document | Event | B: 26497 P: 0781 NOTICE OF VOLUNTARY DISMISSAL AS TO COUNT II |
| 📄 | 07/15/2008 | 26497:0716 | Recorded Document | Event | B: 26497 P: 0716 NOTICE OF VOLUNTARY DISMISSAL,UNK SPOUSE,TENANT #1,2,3,4 |
| | 07/03/2008 | | Non-Military Affidavit | Event | |
| | 07/03/2008 | | Motion for Default | Event | |
| | 04/04/2008 | | Affidavit of: | Event | SVC RTD, W/O SUMMONS, SRVD MORT ELEC REG SYS - 1/8/08 |
| | 04/04/2008 | | Affidavit of Lost Instrument | Event | |
| 📄 | 01/09/2008 | 26150:0664 | Lis Pendens | Event | B: 26150 P: 0664 |
| | 01/05/2008 | | Text | Event | SUMMON RTD. NO SERVICE ON TENANT 1 |
| | 01/05/2008 | | Text | Event | SUMMON RTD. NO SERVICE ON TENANT 2 |
| | 01/05/2008 | | Service Returned | Event | BADGE # 1497 P 01/14/2008<br>*Parties: Diaz Jorge* |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| | 01/05/2008 | | Text | Event | **SUMMON RTD. NO SERVICE ON UNK.SPOUSE OF JORGE DIAZ** |
| | 01/05/2008 | | Service Returned | Event | **BADGE # 1442 P 01/21/2008** *Parties: Diaz Priscilla* |
| | 01/03/2008 | | Summons Issued | Event | *Parties: Diaz Jorge; Diaz Priscilla; Mortgage Elect Reg Sys Incorp* |
| | 01/03/2008 | | Complaint | Event | |
| | 01/03/2008 | | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx)   |   Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)   |
Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)   |
Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)   |
Logout (/PremierServices/Logout.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/OCS/Search.aspx?type=premier) |
Home (http://www.miami-dadeclerk.com/home.asp)   |   Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)   |   (http://www.miamidade.gov)
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)   |   Contact Us (http://www.miami-dadeclerk.com/contact.asp)   |
About Us (http://www.miami-dadeclerk.com/about.asp)   |
2015 Clerk of the Courts. All Rights reserved.

S0142977

https://www2.miami-dadeclerk.com/OCS/Search.aspx?type=premier          5/5

# EXHIBIT B

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): DIAZ   JORGE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 15173 SW 59ST Miami FL      ZIP CODE 33193 | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business: Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): Same as above      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A      ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box )<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."       ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Case 08-25347-RAM    Doc 1    Filed 10/16/08    Page 2 of 6

B 1 (Official Form 1) (1/08)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

## Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box.)**

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Page 3

| **Voluntary Petition** | **Name of Debtor(s):** *Jorge Diaz* |
| *(This page must be completed and filed in every case.)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Nancy_<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    _305 282 5247_<br>    Telephone Number (if not represented by attorney)<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>    _____<br>    (Printed Name of Foreign Representative)<br><br>    _____<br>    Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>    Signature of Attorney for Debtor(s)<br><br>    _____<br>    Printed Name of Attorney for Debtor(s)<br><br>    _____<br>    Firm Name<br><br>    _____<br>    Address<br><br>    _____<br>    Telephone Number<br><br>    _____<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>    _____<br>    Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Authorized Individual<br><br>    _____<br>    Printed Name of Authorized Individual<br><br>    _____<br>    Title of Authorized Individual<br><br>    _____<br>    Date | |

B 1D (Official Form 1, Exhibit D) (10/06)

# UNITED STATES BANKRUPTCY COURT

In re _JORGE DiAZ_                                    Case No. _____
      Debtor(s)                                                        (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is j ?d, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

   ☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

   ☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

B 1D (Official Form 1, Exh. D) (10/06) – Cont.

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _10/16/08_

2

CGFD21 (9/19/08)



ORDERED in the Southern District of Florida on November 17, 2008

Robert A Mark
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 08-25347-RAM
Chapter: 13

In re: *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jorge Diaz
15173 SW 59 St
Miami, FL 33193

SSN: xxx-xx-6736

## ORDER DISMISSING CASE

It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **October 31, 2008** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

   **Summary of Schedules due 10/31/2008**
   **Schedules A-J due 10/31/2008**
   **Chapter 13 Plan due 10/31/2008**
   **Statement of Financial Affairs due 10/31/2008**
   **Payment Advices (Jt Db) due 10/31/2008**
   **Declaration Re: Schedules due 10/31/2008**
   **Stmt of Monthly Income [Ch 13] due 10/31/2008**
   **\*\*Credit Counseling Cert (Db) due 10/31/2008**

The debtor has not met this deadline. Therefore, it is **ORDERED** that:

*Page 1 of 2*

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
## Bankruptcy Petition #: 08-25347-RAM

|  |  |
|---|---|
| | *Date filed:* 10/16/2008 |
| Assigned to: Robert A Mark | *Date terminated:* 12/08/2008 |
| Chapter 13 | *Date dismissed:* 11/17/2008 |
| Voluntary | |
| Asset | |

**Debtor**
**Jorge Diaz**
15173 SW 59 St
Miami, FL 33193
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-6736

represented by **Jorge Diaz**
PRO SE

**Trustee**
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2008 | 1 (6 pgs) | Chapter 13 Voluntary Petition (Vazquez, Socorro) (Entered: 10/16/2008) |
| 10/16/2008 | 2 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Jorge Diaz . (Vazquez, Socorro) (Entered: 10/16/2008) |
| 10/16/2008 | 3 (1 pg) | Application to Pay Filing Fee in Installments [13cal] Filed by Debtor Jorge Diaz . (Vazquez, Socorro) (Entered: 10/16/2008) |
| 10/16/2008 | 4 (1 pg) | Order Granting Application To Pay Filing Fees In Installments (Re: # 3). [Amount Paid $40.00] Second Installment Payment in the Amount of $78.00 due by 11/16/2008. Third Installment Payment in the Amount of $78.00 due by 12/16/2008. Final Installment Payment in the Amount of $78.00 due by 1/16/2009. (Vazquez, Socorro) (Entered: 10/16/2008) |

| 10/16/2008 | ● 5<br>(1 pg) | Notice of Deficiency Chapter 13 Plan due by 10/31/2008. Summary of Schedules due 10/31/2008. Schedules A-J due 10/31/2008.Statement of Financial Affairs Due 10/31/2008.Declaration Concerning Debtors Schedules Due: 10/31/2008.Statement of Current Monthly Income and Disposable Income Calculation Due: 10/31/2008. Certificate of Budget and Credit Counseling Course (Db) due 10/31/2008. Payment Advices due for Joint Debtor 10/31/2008. [Incomplete Filings due by 10/31/2008]. (Vazquez, Socorro) (Entered: 10/16/2008) |
| --- | --- | --- |
| 10/16/2008 | ● | Receipt of Chapter 13 First Installment Filing Fee - $40.00 by SV. Receipt Number 00279520. (admin) (Entered: 10/16/2008) |
| 10/17/2008 | ● 6<br>(1 pg) | Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course. (Pittman, Linda) (Entered: 10/17/2008) |
| 10/18/2008 | ● 7<br>(2 pgs) | BNC Certificate of Mailing (Re: 5 Notice of Deficiency Chapter 13 Plan due by 10/31/2008. Summary of Schedules due 10/31/2008. Schedules A-J due 10/31/2008.Statement of Financial Affairs Due 10/31/2008.Declaration Concerning Debtors Schedules Due: 10/31/2008.Statement of Current Monthly Income and Disposable Income Calculation Due: 10/31/2008. Certificate of Budget and Credit Counseling Course (Db) due 10/31/2008. Payment Advices due for Joint Debtor 10/31/2008. [Incomplete Filings due by 10/31/2008]. (Vazquez, Socorro)) Service Date 10/18/2008. (Admin.) (Entered: 10/19/2008) |
| 10/18/2008 | ● 8<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 4 Order Granting Application To Pay Filing Fees In Installments (Re: # 3). [Amount Paid $40.00] Second Installment Payment in the Amount of $78.00 due by 11/16/2008. Third Installment Payment in the Amount of $78.00 due by 12/16/2008. Final Installment Payment in the Amount of $78.00 due by 1/16/2009. (Vazquez, Socorro)) Service Date 10/18/2008. (Admin.) (Entered: 10/19/2008) |
| 10/19/2008 | ● 9<br>(2 pgs) | BNC Certificate of Mailing (Re: 6 Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course. (Pittman, Linda)) Service Date 10/19/2008. (Admin.) (Entered: 10/20/2008) |
| 11/17/2008 | ● 10<br>(2 pgs) | Order Dismissing Case with 180 Days Prejudice for Failure to File Complete Chapter 13 Schedules,for Failure to File Chapter 13 Plan,for Failure to File Statement of Current Monthly Income,for Failure to File Payment Advices,for Failure to File Credit Counseling Certificate [Db], [Filing Fee Balance Due: $234.00] . (Valencia, Yamileth) (Entered: 11/17/2008) |
| | ● 11<br>(3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: 10 Order Dismissing Case with 180 Days Prejudice for Failure to File Complete Chapter 13 Schedules,for Failure to File Chapter 13 Plan,for Failure to File Statement of Current Monthly Income,for Failure to File Payment Advices,for Failure to File Credit Counseling Certificate [Db], [Filing |

| 11/19/2008 | | Fee Balance Due: $234.00] . (Valencia, Yamileth)) Service Date 11/19/2008. (Admin.) (Entered: 11/20/2008) |
| --- | --- | --- |
| 11/20/2008 | 🔘 12 (1 pg) | Notice of Appearance and Request for Service by Patti H Bass Filed by Creditor HSBC Retail Credit (USA) INC.. (Bass, Patti) (Entered: 11/20/2008) |
| 11/25/2008 | 🔘 13 (1 pg) | Request for Notice Filed by Creditor Recovery Management Systems Corporation. (Recovery Management Systems Corp, ) (Entered: 11/25/2008) |
| 12/05/2008 | 🔘 14 (3 pgs) | Chapter 13 Trustee's Final Report and Account (Dismissed) Filed by Trustee Nancy N Herkert. (^Herkert5, Nancy) (Entered: 12/05/2008) |
| 12/08/2008 | 🔘 15 (1 pg) | Order Discharging Trustee . (Valencia, Yamileth) (Entered: 12/08/2008) |
| 12/08/2008 | 🔘 16 | Bankruptcy Case Closed. (Valencia, Yamileth) (Entered: 12/08/2008) |
| 12/10/2008 | 🔘 17 (2 pgs) | BNC Certificate of Mailing (Re: 15 Order Discharging Trustee . (Valencia, Yamileth)) Service Date 12/10/2008. (Admin.) (Entered: 12/11/2008) |
| 01/19/2010 | 🔘 | Receipt of Chapter 13 Filing Fee - $234.00 by YV. Receipt Number 00283921. (admin) (Entered: 01/19/2010) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 02/07/2017 10:31:23 | | |
| PACER Login: | m1302:3923134:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-25347-RAM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

# EXHIBIT C



# EXHIBIT D

CFN 2008R0020234
OR Bk 26150 Ps 0664; (1ps)
RECORDED 01/09/2008 08:45:28
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA
CIVIL ACTION**

910398

**CHASE HOME FINANCE LLC,**
      **Plaintiff,**

vs.                                                 08 - 0 0 3 4 2   CA 06

                                **CASE NO.**                    SPACE FOR RECORDING ONLY F.S.§695.26
                                **DIVISION**
JORGE DIAZ; THE UNKNOWN SPOUSE OF JORGE DIAZ; PRISCILLA DIAZ; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR
OTHER CLAIMANTS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED
AS NOMINEE FOR AMNET MORTGAGE INC D/B/A AMERICAN MORTGAGE NETWORK OF
FLORIDA; TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names being fictitious to account
for parties in possession
              **Defendant(s).**

_____/

**NOTICE OF LIS PENDENS**

To the above-named Defendant(s) and all others whom it may concern:

You are notified of the institution of this action by the above-named Plaintiff, against you seeking to foreclose a

mortgage recorded in Official Records Book 23699, Page 220, on the following property in DADE County, Florida:

**LOT 22, IN BLOCK 1, OF CALISTOGA VILLAS, ACCORDING TO THE PLAT THEREOF, AS
RECORDED IN PLAT BOOK, 136, AT PAGE 63, OF THE PUBLIC RECORDS OF MIAMI-DADE
COUNTY, FLORIDA.**

Dated this 31ˢᵗ day of December, 2007.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

By: _____
     Colleen E. Lehmann
     FLORIDA BAR NO. 33496
     Lindsey Diehl
     FLORIDA BAR NO. 27688

CHASE-SPECFHLMC-R-ejayska

     **BRIAN RICHARD HUMMEL
     FLORIDA BAR
     NO. 46162**

FILE_NUMBER: F07065523                    DOC_ID: M000105

CFN 2005R0878255
OR Bk 23699 Pgs 0220 - 239; (20pgs)
RECORDED 08/19/2005 09:29:18
MTG DOC TAX 918.75
INTANG TAX 525.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Return To:

AMERICAN MORTGAGE NETWORK, INC.
P. O. BOX 85463
SAN DIEGO, CALIFORNIA 92186

This document was prepared by:

RECORD AND RETURN TO:
CORAL TITLE SERVICES, INC.
6760 CORAL WAY, S-100
MIAMI, FL 33155

———————————————[Space Above This Line For Recording Data]———————————————

# MORTGAGE

LOAN NO. 205-628486
MIN    1001310-2050628486-6

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated    AUGUST 05, 2005    , together with all Riders to this document.
**(B) "Borrower"** is

    JORGE DIAZ, A MARRIED MAN JOIN BY HIS SPOUSE PRISCILLA DIAZ

Borrower is the mortgagor under this Security Instrument.
**(C) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(D) "Lender"** is

    AMNET MORTGAGE, INC., DBA AMERICAN MORTGAGE NETWORK OF FLORIDA

**FLORIDA**-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**          Form 3010  1/01

-6A(FL) (0005)
Page 1 of 16

VMP MORTGAGE FORMS - (800)521-7291

199FL

OR BK 23699 PG 0239
LAST PAGE

which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Fixed/Adjustable Rate Rider.

_____ (Seal)
WITNESS: Susana Rivera   -Borrower

_____ (Seal)
JORGE DIAZ   -Borrower

_____ (Seal)
WITNESS: Michelle Bedoya   -Borrower

_____ (Seal)
PRISCILLA DIAZ   -Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

-168R (0401).01      Page 4 of 4      Form 3187 6/01

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

WITNESS: Maggie Diaz

_____ (Seal)
                                 -Borrower
                    JORGE DIAZ

                                 (Address)

Susana Perez

_____ (Seal)
                                 -Borrower
                    PRISCILLA DIAZ

                                 (Address)

_____ (Seal)          _____ (Seal)
                        -Borrower                                  -Borrower

             (Address)                                 (Address)

_____ (Seal)          _____ (Seal)
                        -Borrower                                  -Borrower

             (Address)                                 (Address)

_____ (Seal)          _____ (Seal)
                        -Borrower                                  -Borrower

             (Address)                                 (Address)

-6A(FL) (0005)                 Page 15 of 16                    Form 3010   1/01

# EXHIBIT E

United States Bankruptcy Court
**Southern District of Florida**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): Diaz Jose | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 6736 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 15173 SW 59 ST  Miami Fl 33143    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): Same    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☒ Chapter 13 |
| _____ | **Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED BY 10 JAN 19 PM 3:16

Voluntary Petition
*(This page must be completed and filed in every case.)*

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: Dade | Case Number: 08-25347 | Date Filed: 7/16/08 |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: Southern District of Florida | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| B1 (Official Form 1) (1/08) | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |

| **Signatures** | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>  303 281 5247<br>  Telephone Number (if not represented by attorney)<br>  1/16/10<br>  Date | **Signature of a Foreign Representative**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>  _____<br>  (Printed Name of Foreign Representative)<br><br>  _____<br>  Date |
| **Signature of Attorney***<br><br>X _____<br>  Signature of Attorney for Debtor(s)<br><br>  _____<br>  Printed Name of Attorney for Debtor(s)<br><br>  _____<br>  Firm Name<br><br>  _____<br>  Address<br>  _____<br>  _____<br><br>  _____<br>  Telephone Number<br><br>  _____<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  _____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  _____<br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>  _____<br>  Address<br><br>X _____<br>  _____<br>  Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br><br>  _____<br>  Printed Name of Authorized Individual<br><br>  _____<br>  Title of Authorized Individual<br><br>  _____<br>  Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida

In re _Diaz Jorge_
     Debtor

Case No._____
     _(if known)_

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

❐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☒ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: _____

CGFD4 (12/1/09)



**ORDERED in the Southern District of Florida on February 9, 2010**

Laurel M Isicoff
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10–11114–LMI

Chapter: 13

In re: *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jorge Diaz
15173 SW 59 St
Miami, FL 33193

SSN: xxx–xx–6736

### ORDER DISMISSING CASE FOR FAILURE OF DEBTOR TO CORRECT FILING DEFICIENCY

The above referenced case was filed on **January 19, 2010** and was deficient as indicated below:

> The petition was not accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" or was otherwise deficient.

*Page 1 of 2*

**A Notice was issued by the clerk directing the debtor to correct the above noted deficiency(ies) not later than January 27, 2010. The debtor has failed to comply with this notice.**

It is **ORDERED** that:

Case 10-11114-LMI    Doc 15    Filed 02/09/10    Page 2 of 2

1)  In accordance with 11 U.S.C. § 105(a), Local Rule 1001−1(D), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor earlier than 180 days from entry of this order.

2)  (If applicable) The debtor shall immediately pay to Clerk, U.S. Court $ **233.00** for the balance of the filing fee as required by Local Rule 1017−2(E). This court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

3)  In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

4)  (If applicable), the trustee shall file a final report within 14 days of the date of this order.

# # #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*

CounDue, DISMISSED, DebtEd, CLOSED

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
## Bankruptcy Petition #: 10-11114-LMI

*Assigned to:* Laurel M Isicoff
Chapter 13
Voluntary
Asset

*Date filed:* 01/19/2010
*Date terminated:* 03/17/2010
*Debtor dismissed:* 02/09/2010

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Jorge Diaz** |
| **Jorge Diaz** | PRO SE |
| 15173 SW 59 St | |
| Miami, FL 33193 | |
| MIAMI-DADE-FL | |
| SSN / ITIN: xxx-xx-6736 | |

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 01/19/2010 | 1 (5 pgs) | Chapter 13 Voluntary Petition (Valencia, Yamileth) (Entered: 01/19/2010) |
| 01/19/2010 | | Receipt of Chapter 13 First Installment Filing Fee - $41.00 by YV. Receipt Number 00283922. (admin) (Entered: 01/19/2010) |
| 01/19/2010 | 2 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Jorge Diaz . (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/19/2010 | 3 (1 pg) | Application to Pay Filing Fee in Installments [13cal] Filed by Debtor Jorge Diaz . (Valencia, Yamileth) (Entered: 01/20/2010) |

| | | |
|---|---|---|
| 01/19/2010 | ⊙4<br>(1 pg) | Order Granting Application To Pay Filing Fees In Installments (Re: # 3). [Amount Paid $41.00] Second Installment Payment in the Amount of $78.00 due by 2/19/2010. Third Installment Payment in the Amount of $78.00 due by 3/19/2010. Final Installment Payment in the Amount of $77.00 due by 4/19/2010. (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/19/2010 | ⊙5<br>(8 pgs) | Statement of Current Monthly Income and Disposable Income Calculation Filed by Debtor Jorge Diaz . (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/19/2010 | ⊙6<br>(2 pgs) | Payment Advices by Debtor Filed by Debtor Jorge Diaz . (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/19/2010 | ⊙8<br>(1 pg) | Notice of Deficiency Chapter 13 Plan due by 2/2/2010. Summary of Schedules due 2/2/2010. Schedules A-J due 2/2/2010.Statement of Financial Affairs Due 2/2/2010.Declaration Concerning Debtors Schedules Due: 2/2/2010. Certificate of Budget and Credit Counseling Course (Db) due 2/2/2010. [Incomplete Filings due by 2/2/2010]. (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/20/2010 | ⊙7<br>(1 pg) | Notice of Deadline to Correct Filing Deficiency to Avoid Dismissal of Case Without Further Notice. [Deficiency Must be Cured by 1/27/2010].Creditor Matrix Due: 1/27/2010. (Valencia, Yamileth) (Entered: 01/20/2010) |
| 01/21/2010 | ⊙9<br>(1 pg) | Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course. (Skinner-Grant, Sheila) (Entered: 01/21/2010) |
| 01/22/2010 | ⊙10<br>(2 pgs) | BNC Certificate of Mailing (Re: 8 Notice of Deficiency Chapter 13 Plan due by 2/2/2010. Summary of Schedules due 2/2/2010. Schedules A-J due 2/2/2010.Statement of Financial Affairs Due 2/2/2010.Declaration Concerning Debtors Schedules Due: 2/2/2010. Certificate of Budget and Credit Counseling Course) Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |
| 01/22/2010 | ⊙11<br>(2 pgs) | BNC Certificate of Mailing (Re: 7 Notice of Deadline to Correct Filing Deficiency to Avoid Dismissal of Case Without Further Notice. [Deficiency Must be Cured by 1/27/2010].Creditor Matrix Due: 1/27/2010.) Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |
| 01/22/2010 | ⊙12<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 4 Order Granting Application To Pay Filing Fees In Installments) Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |
| 01/23/2010 | ⊙13<br>(2 pgs) | BNC Certificate of Mailing (Re: 9 Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course.) Service Date 01/23/2010. (Admin.) (Entered: 01/24/2010) |
| | ⊙14 | Notice of Appearance and Request for Service by Peter W Kelly Filed |

| | | |
|---|---|---|
| 01/28/2010 | (1 pg) | by Creditor Chase Home Finance LLC. (Kelly, Peter) (Entered: 01/28/2010) |
| 02/09/2010 | 15 (2 pgs) | Order Dismissing Case with 180 Days Prejudice for Failure to Submit Proper Service Matrix, [Filing Fee Balance Due: $233.00] . (Pittman, Linda) (Entered: 02/09/2010) |
| 02/11/2010 | 16 (3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: 15 Order Dismissing Case with 180 Days Prejudice for Failure to Submit Proper Service Matrix, [Filing Fee Balance Due: $233.00] .) Service Date 02/11/2010. (Admin.) (Entered: 02/12/2010) |
| 02/28/2010 | 17 (1 pg) | Request for Notice Filed by Creditor Recovery Management Systems Corporation. (Recovery Management Systems Corp) (Entered: 02/28/2010) |
| 03/16/2010 | 18 (3 pgs) | Chapter 13 Trustee's Final Report and Account (Dismissed) Filed by Trustee Nancy N Herkert. (^Herkert5, Nancy) (Entered: 03/16/2010) |
| 03/17/2010 | 19 (1 pg) | Order Discharging Trustee . (Rodriguez, Olga) (Entered: 03/17/2010) |
| 03/17/2010 | 20 | Bankruptcy Case Closed. (Rodriguez, Olga) (Entered: 03/17/2010) |
| 03/19/2010 | 21 (2 pgs) | BNC Certificate of Mailing (Re: 19 Order Discharging Trustee .) Service Date 03/19/2010. (Admin.) (Entered: 03/20/2010) |
| 08/30/2010 | | Receipt of Chapter 13 Final Installment Filing Fee $233.00 by LL. Receipt Number 00287310. (admin) (Entered: 08/30/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/07/2017 10:34:43 | | |
| PACER Login: | rn1302:3923134:0 | Client Code: |
| Description: | Docket Report | Search Criteria: | 10-11114-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

# EXHIBIT F

...icial Form 1) (4/10)

| **UNITED STATES BANKRUPTCY COURT** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Diaz Jorge | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 6736 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 15173 SW 59 ST Miami Fl 33193          ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business: Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE |  |

**Type of Debtor** (Form of Organization) (Check one box.)

- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

2010 AUG 30  AM 10: 05
CLERK
U.S. BANKRUPTCY CT.
S.D. OF FLA.
MIA - OFFICE

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)                                                                                                    Page 2

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: Dade | Case Number: 08-25347 | Date Filed: 10/14/2008 |
|---|---|---|
| Location Where Filed: Dade | Case Number: 10- 11114 -LM | Date Filed: 1/14/2010 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   305 282 5247<br>   Telephone Number (if not represented by attorney)<br>   8/30/10<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br><br>   _____<br>   Printed Name of Attorney for Debtor(s)<br><br>   _____<br>   Firm Name<br><br>   _____<br>   _____<br>   Address<br><br>   _____<br>   Telephone Number<br><br>   _____<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br><br>   _____<br>   Printed Name of Authorized Individual<br><br>   _____<br>   Title of Authorized Individual<br><br>   _____<br>   Date | _____<br>Address<br><br>X _____<br>   _____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Diaz  Jorge  _____          Case No._____
　　　　　　Debtor                                         (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❏ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ **Incapacity.** (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ **Disability.** (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ **Active military duty in a military combat zone.**

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: ___8/30/10___

CGFD21 (9/19/08)



ORDERED in the Southern District of Florida on September 21, 2010

Laurel M Isicoff
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10-35728-LMI
Chapter: 13

In re: *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jorge Diaz
15173 SW 59 St
Miami, FL 33193

SSN: xxx-xx-6736

## ORDER DISMISSING CASE

    It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **September 13, 2010** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

           **Summary of Schedules due 09/13/2010**
           **Chapter 13 Plan due 09/13/2010**
           **Schedules A-J due 09/13/2010**
           **\*\*Credit Counseling Cert (Db) due 09/13/2010**
           **Statement of Financial Affairs due 09/13/2010**
           **Declaration Re: Schedules due 09/13/2010**

    The debtor has not met this deadline. Therefore, it is **ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above-named debtor earlier than 180 days from entry of this order.

2. The trustee shall file a final report prior to the administrative closing of the case.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $ **233.00** for the balance of the filing fee as required by Local Rule 1017-2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017-2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. In accordance with Local Rule 1002-1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*

DISMISSED, FeeDueINST, DebtEd, CLOSED

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Bankruptcy Petition #: 10-35728-LMI

*Date filed:* 08/30/2010
*Date terminated:* 10/29/2010
*Debtor dismissed:* 09/21/2010

*Assigned to:* Laurel M Isicoff
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Jorge Diaz**
15173 SW 59 St
Miami, FL 33193
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-6736

represented by **Jorge Diaz**
PRO SE

**Trustee**
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 08/30/2010 | ❶**1**<br>(5 pgs) | Chapter 13 Voluntary Petition (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | ❶**2** | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Jorge Diaz . (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | ❶**3**<br>(1 pg) | Application to Pay Filing Fee in Installments [13cal] Filed by Debtor Jorge Diaz . (Lebron, Lorraine) (Entered: 08/30/2010) |
| | ❶**4**<br>(1 pg) | Order Granting Application To Pay Filing Fees In Installments (Re: # 3). [Amount Paid $41.00] Second Installment Payment in the Amount |

| | | |
|---|---|---|
| 08/30/2010 | | of $78.00 due by 9/30/2010. Third Installment Payment in the Amount of $78.00 due by 10/29/2010. Final Installment Payment in the Amount of $77.00 due by 11/30/2010. (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | 5 (2 pgs) | Payment Advices by Debtor Filed by Debtor Jorge Diaz . (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | 6 (8 pgs) | Statement of Current Monthly Income and Disposable Income Calculation Filed by Debtor Jorge Diaz . (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | 7 (1 pg) | Notice of Deadline to Correct Filing Deficiency to Avoid Dismissal of Case Without Further Notice. [Deficiency Must be Cured by 9/7/2010].Creditor Matrix Due: 9/7/2010. (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | 8 (1 pg) | Notice of Deficiency Chapter 13 Plan due by 9/13/2010. Summary of Schedules due 9/13/2010. Schedules A-J due 9/13/2010.Statement of Financial Affairs Due 9/13/2010.Declaration Concerning Debtors Schedules Due: 9/13/2010. Certificate of Budget and Credit Counseling Course (Db) due 9/13/2010. [Incomplete Filings due by 9/13/2010]. (Lebron, Lorraine) (Entered: 08/30/2010) |
| 08/30/2010 | | Receipt of Chapter 13 First Installment Filing Fee - $41.00 by LL. Receipt Number 00287311. (admin) (Entered: 08/30/2010) |
| 09/01/2010 | 9 (2 pgs) | BNC Certificate of Mailing (Re: 8 Notice of Deficiency Chapter 13 Plan due by 9/13/2010. Summary of Schedules due 9/13/2010. Schedules A-J due 9/13/2010.Statement of Financial Affairs Due 9/13/2010.Declaration Concerning Debtors Schedules Due: 9/13/2010. Certificate of Budget and Credit Counseling Course) Service Date 09/01/2010. (Admin.) (Entered: 09/02/2010) |
| 09/01/2010 | 10 (2 pgs) | BNC Certificate of Mailing (Re: 7 Notice of Deadline to Correct Filing Deficiency to Avoid Dismissal of Case Without Further Notice. [Deficiency Must be Cured by 9/7/2010].Creditor Matrix Due: 9/7/2010.) Service Date 09/01/2010. (Admin.) (Entered: 09/02/2010) |
| 09/01/2010 | 11 (2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 4 Order Granting Application To Pay Filing Fees In Installments) Service Date 09/01/2010. (Admin.) (Entered: 09/02/2010) |
| 09/21/2010 | 12 (2 pgs) | Order Dismissing Case with 180 Days Prejudice for Failure to File Complete Chapter 13 Schedules. [Filing Fee Balance Due: $233.00] . (Reynolds, Marva) (Entered: 09/21/2010) |
| 09/23/2010 | 13 (3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: 12 Order Dismissing Case with 180 Days Prejudice for Failure to File Complete Chapter 13 Schedules. [Filing Fee Balance Due: $233.00] .) Service Date 09/23/2010. (Admin.) (Entered: 09/24/2010) |
| | | |

| 10/06/2010 | **14**<br>(1 pg) | Request for Notice Filed by Creditor Recovery Management Systems Corp (RS). (Recovery Management Systems Corp (RS)) (Entered: 10/06/2010) |
|---|---|---|
| 10/28/2010 | **15**<br>(3 pgs) | Chapter 13 Trustee's Final Report and Account (Dismissed) Filed by Trustee Nancy N Herkert. (^Herkert5, Nancy) (Entered: 10/28/2010) |
| 10/29/2010 | **16**<br>(1 pg) | Order Discharging Trustee and Closing Case . (Cohen, Diana) (Entered: 10/29/2010) |
| 10/29/2010 | **17** | Bankruptcy Case Closed. (Cohen, Diana) (Entered: 10/29/2010) |
| 10/31/2010 | **18**<br>(2 pgs) | BNC Certificate of Mailing (Re: 16 Order Discharging Trustee and Closing Case .) Service Date 10/31/2010. (Admin.) (Entered: 11/01/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/07/2017 10:44:06 | | | |
| **PACER Login:** | m1302:3923134:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 10-35728-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |