UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JORGE DIAZ
    Debtor
_____/

IN RE:

JORGE DIAZ
    Debtor
_____/

IN RE:

JORGE DIAZ
    Debtor
_____/

Case Number: 10-35728-LMI

Case Number: 10-11114-LMI

Case Number: 08-25347-RAM

RESPONSE TO
MOTION FOR DETERMINATION OF FRAUDULENT BANKRUPTCY FILING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Response and states as follows:

1) The Trustee has reviewed her files and did not receive any communication or documentation in these cases from any party that was not otherwise filed with the Clerk of the Court.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Response was served through NEF on debtor's attorney, Fernando S Aran and the Office of the US Trustee

                                       NANCY K NEIDICH, ESQUIRE
                                       STANDING CHAPTER 13 TRUSTEE